### BYARS v. STATE.
### No. 24484.

Court of Criminal Appeals of Texas.

Oct. 12, 1949.

Carter & Stiernberg and Travis Smith, Harlingen, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for murder, punishment assessed at five years in the penitentiary. Appeal was perfected to this court.

It is made to appear by proper proof that pending such appeal, on, to-wit: the 1st day of September, 1949, appellant died. The State therefore moves for abatement of the appeal. It is therefore ordered that said appeal be and the same is hereby abated.